*In re* ESTATE OF VIRGINIA T. PRANGE.

First District (4th Division)   No. 86—3398

Opinion filed February 11, 1988.—Rehearing denied March 24, 1988.

*Judgment in this case vacated and opinion withdrawn by order of the Illinois Supreme Court, No. 66947, dated May 19, 1988.*